UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE T. MARTIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:11-CV-1625-MLM |
| TRINITY MARINE PRODUCTS, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

The above styled and numbered case was filed on September 19, 2011, and randomly assigned to the Honorable Mary Ann L. Medler, United States Magistrate Judge.

However, a review of this case indicates that this case should be filed in the Court's Southeastern Division. Pursuant to Local Rule 2.07(B)(1), all actions brought against a single defendant who is a resident of this district must be brought in the division where the defendant resides, or where the claim for relief arose. In the claim at hand, plaintiff 's claim arose in Pemiscot County which is located within this district's Southeastern Division. See Local Rule 2.07(A)(1).

Therefore,

Pursuant to Local Rule 2.07(B)(2), this cause has been reassigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, by random assignment, in this Court's Southeastern Division.

**JAMES G. WOODWARD, CLERK OF COURT**

**By: /s/ Karen Moore, Deputy Clerk**

Dated this 3rd Day of October, 2011.

**In all future filings please use the following cause number**: **1:11-CV-181 LMB**