UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE T. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11CV181 SNLJ |
| | ) | |
| TRINITY MARINE PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the plaintiff's letter, docketed as a Motion for Appointment of Counsel, #24, filed June 28, 2012. This is plaintiff's second request for appointment of counsel. Plaintiff's first request was denied on April 3, 2012 (#18). It does not appear that circumstances have changed since that Order was filed. For the reasons stated in this Court's April 3, 2012 Order, plaintiff's request will be denied. In addition, plaintiff is advised that, pursuant to Federal Rule of Civil Procedure 7(b), future requests for a court order must be made by motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel, #24, filed June 28, 2012, is **DENIED** without prejudice.

Dated this   29th   day of June, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE